# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD DONTA SATTERFIELD,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 69675

FILED

MAR 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a memorandum and motion to dismiss for lack of subject matter jurisdiction. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Hon. Richard Scotti, District Judge
Richard Donta Satterfield
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

16-09913